**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| AURELIO TREJO-TREJO, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary, U.S. Department of Homeland Security; TROY A. MILLER, in his official capacity as Acting Commissioner, U.S. Customs and Border Protection; CHRISTOPHER BULLOCK, in his official capacity as Field Office Director, U.S. Immigration and Customs Enforcement, New Orleans Field Office; and any other appropriate officials, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 2:26-cv-02452-SHL-atc |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition (ECF No. 1), filed April 22, 2026,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Petition and Temporary Restraining Order (ECF No. 12) filed May 11, 2026, the Petition is **DENIED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

May 27, 2026
Date